IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | Magistrate No. 06-122M |
| ) | Under Seal |
| Jelanie Solomon, a black male ) | |
| DOB 3/22/79 ) | |

## ORDER

AND NOW, this 14th day of April, 2006, IT IS HEREBY ORDERED that Defendant's Motion to Quash Search Warrant is DENIED.

BY THE COURT:

LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

Cc: Counsel of Record

FILED

APR 14 2006

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNA.